1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9

10
   BOARD OF TRUSTEES OF THE AUTOMOTIVE)   NO. C 08 2618 JL
11 INDUSTRIES WELFARE FUND, AUTOMOTIVE)
   INDUSTRIES PENSION FUND; JIM BENO, )
12 TRUSTEE,                           )
                                      )
13              Plaintiffs,           )
                                      )
14         vs.                        )   NOTICE OF
                                      )   VOLUNTARY DISMISSAL
15 STEPHEN SHAW individually and doing)
   business as HAYWARD TIRE and BRAKE,)
16                                    )
17              Defendant.            )
   _____)
18

19         Notice is hereby given that plaintiff dismisses the above

20 entitled action without prejudice pursuant to Federal Rule of Civil

21 Procedure 41, and all dates relating to this case should be taken

22 off the Court's calendar including the hearing on a Case Management

23 Conference set for August 27, 2008 at 10:30 a.m. in Courtroom No.

24 F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

25 Dated:   August 21, 2008          ERSKINE & TULLEY

26                                   By:/s/Michael J. Carroll
                                        Michael J. Carroll
27                                      Attorneys for Plaintiff

28
                        NOTICE OF VOLUNTARY DISMISSAL

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.  On August 21, 2008 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Stephen Shaw                          Stephen Shaw
Hayward Tire & Brake                  Hayward Tire & Brake
22328 Mission Blvd.                   1290 B Street, Suite 218
Hayward, CA 94541                     Hayward, CA 94541

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2008 at San Francisco, California.


                              /s/Sharon Eastman
                              Sharon Eastman

<u>NOTICE OF VOLUNTARY DISMISSAL</u>